```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
KENNIE CORREA,

                    Plaintiff

        v.

THE MACERICH COMPANY, MACERICH MANAGEMENT
COMPANY AND MACERICH PROPERTY MANAGEMENT
COMPANY, LLC,

                    Defendants
-----------------------------------x
```



Docket No.: JUN 13 2008 FILED USDC WP SDNY

RULE 7.1 STATEMENT

ECF CASE

**08 CIV. 5410**

**JUDGE KOELTL**

Pursuant to Rule 7.1 of the local Rules of United States District court for the Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for THE MACERICH COMPANY, MACERICH MANAGEMENT COMPANY AND MACERICH PROPERTY MANAGEMENT COMPANY, LLC, certifies that the following are publicly traded corporate parents, subsidiaries,

or affiliates of that party: NONE.

DATED:   June 13, 2008
         White Plains, New York

                                        Yours, etc.,
                                        EUSTACE & MARQUEZ
                                        Attorneys for Defendants,
                                        **THE MACERICH COMPANY,**
                                        **MACERICH MANAGEMENT COMPANY**
                                        **AND MACERICH PROPERTY**
                                        **MANAGEMENT COMPANY, LLC**
                                        1311 Mamaroneck Avenue
                                        3rd Floor
                                        White Plains, New York  10605
                                        (914) 989-6650

                                        By: _____
                                                 Diane C. Miceli - 2625

TO:

Lynn Law Firm, LLP
Walter F. Benson, Esq.
Attorneys for Plaintiff, Kennie Correa
802 M&T Bank Building
101 S. Salina Street
Syracuse, New York  13202

Docket No.: 303912/08
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

KENNIE CORREA,

Plaintiff

against

THE MACERICH COMPANY, MACERICH MANAGEMENT COMPANY
AND MACERICH PROPERTY MANAGEMENT COMPANY, LLC,

Defendants

---

**RULE 7.1 STATEMENT**

---

EUSTACE & MARQUEZ
Attorneys for Defendant
**THE MACERICH COMPANY**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650