UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x   Index No.: 303912/08
KENNIE CORREA,

                Plaintiff   **AFFIDAVIT OF SERVICE**

   v.

THE MACERICH COMPANY, MACERICH MANAGEMENT COMPANY
AND MACERICH PROPERTY MANAGEMENT COMPANY, LLC,

                Defendants
----------------------------------------x

STATE OF NEW YORK    )
                              ss.
COUNTY OF WESTCHESTER  )

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on June 17, 2008, I served upon:

Lynn Law Firm, LLP
Walter F. Benson, Esq.
Attorneys for Plaintiff, Kennie Correa
802 M&T Bank Building
101 S. Salina Street
Syracuse, New York 13202

a true copy of the annexed **RULE 7.1 STATEMENT** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.

DATED:   June 17, 2008
           White Plains, New York

                                                  Linda McKeiver

Sworn and subscribed
before me on June 17, 2008

ARLENE M. KELLY
Notary Public, State of New York
No. 01KE6049180
Qualified in Rockland County
Commission Expires 10/10/10