```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------x   Index No.:  303912/08
KENNIE CORREA,

                Plaintiff
                                           AFFIDAVIT OF SERVICE
            v.

THE MACERICH COMPANY, MACERICH MANAGEMENT
COMPANY AND MACERICH PROPERTY MANAGEMENT
COMPANY, LLC,

                Defendants
---------------------------------------x

STATE OF NEW YORK           )
                             ss.
COUNTY OF WESTCHESTER       )
```

Linda McKeiver, being duly sworn, deposes and says:
That I am over the age of eighteen years (18) and not a party to this action.
That on June 13, 2008, I served upon:

Lynn Law Firm, LLP
Attorneys for Plaintiff, Kennie Correa
802 M&T Bank Building
101 S. Salina Street
Syracuse, New York  13202

A true copy of the annexed **ANSWER TO COMPLAINT, NOTICE PURSUANT TO CPLR 2103, DEMAND FOR VERIFIED BILL OF PARTICULARS AND VARIOUS DISCOVERY DEMANDS** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within

the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.

DATED: June 13, 2008
       White Plains, New York

                                          _____
                                          Linda McKeiver

Sworn and subscribed
Before me on June 13, 2008

ARLENE M. KELLY
Notary Public, State of New York
No. 01KE6040180
Qualified in Rockland County
Commission Expires 10/10/10