```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x    Docket No.: 08cv.5410
KENNIE CORREA,                               (JGK)

                    Plaintiff               CPLR 4102
                                             JURY DEMAND
          v.
                                             JUDGE ASSIGNED:
THE MACERICH COMPANY, MACERICH MANAGEMENT    HON. JOHN G. KOELTL
COMPANY AND MACERICH PROPERTY MANAGEMENT
COMPANY, LLC,                                ECF CASE

                    Defendants
---------------------------------------x
```

S I R S:

PLEASE TAKE NOTICE, that Defendants, The Macerich Company, Macerich Management Company and Macerich Property Management Company, LLC, by its attorneys, Eustace & Marquez, demands a Trial by Jury, pursuant to CPLR §4102.

DATED:   June 23, 2008
         White Plains, New York

                                Yours, etc.,
                                Eustace & Marquez
                                Attorneys for Defendants
                                **Macerich Property Management Company, LLC**
                                Office and Post Office Address
                                1311 Mamaroneck Avenue
                                3rd Floor
                                White Plains, New York 10605

                              By: _____S/_____
                                   Diane C. Miceli
                                   dmiceli@eustacemarquez.com

Docket No.: 08cv.5410

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNIE CORREA,

       Plaintiff

  -against-

THE MACERICH COMPANY, MACERICH MANAGEMENT COMPANY
AND MACERICH PROPERTY MANAGEMENT COMPANY, LLC,

       Defendants

---

**CPLR 4102 JURY DEMAND**

---

**EUSTACE & MARQUEZ**
Attorneys for Defendants
**The Macerich Company, Macerich Management Company and Macerich Property Management Company, LLC**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York  10605
(914) 989-6650