```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x      Docket No.: 08cv.5410
KENNIE CORREA,

                Plaintiff

        v.                                  AFFIDAVIT OF SERVICE

THE MACERICH COMPANY, MACERICH MANAGEMENT COMPANY
AND MACERICH PROPERTY MANAGEMENT COMPANY, LLC,

                Defendants
------------------------------------x

STATE OF NEW YORK      )
                       ss.
COUNTY OF WESTCHESTER  )
```

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on June 23, 2008, I served upon:

Lynn Law Firm, LLP
Attorneys for Plaintiff,
Kennie Correa
802 M&T Bank Building
101 S. Salina Street
Syracuse, New York  13202
(315) 474-1267

a true copy of the annexed **CPLR 4102 Jury Demand** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated by him or her upon the last paper served by him or her in the action.

DATED:   June 23, 2008
         White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on June 23, 2008

_____
Notary Public

JAZMIN L. COYLE
NOTARY PUBLIC, State of New York
No. 01CO6144616
Qualified in Westchester County
Commission Expires April 24, 2010