UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    Docket No.:  08cv5410
KENNIE CORREA,                           (JGK)

Plaintiff

v.                                       **DEFENDANTS' RULE 26**
                                         **DISCLOSURE STATEMENT**
THE MACERICH COMPANY, MACERICH MANAGEMENT
COMPANY AND MACERICH PROPERTY MANAGEMENT    JUDGE ASSIGNED:
COMPANY, LLC,                               HON. JOHN G. KOELTL

Defendants
------------------------------------x

    Defendants, The Macerich Company, Macerich Management Company and Macerich Property Management Company, LLC (hereinafter "Macerich"), as and for its initial disclosure requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure, sets forth the following:

    **Rule26(a)(1)(A):** Provide the name and if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

    **Response:** Individuals likely to have discoverable information include all parties of this litigation, all persons named in all discovery and investigations, all treating and examining doctors, family doctors of plaintiff, all medical personnel who have rendered care to the plaintiff in the last ten (10) years, custodians of plaintiff's medical, legal, criminal, educational and insurance claims, any and all members of the plaintiff's household, any and all participants in the "alleged fall" at issue in this lawsuit, investigating

personnel and/or police, all persons who investigated or prepared a record for any governmental unit in connection with the alleged incident, and any other individuals identified through ongoing pretrial discovery and examination and cross-examination of all parties and witnesses up to and including the time of trial in this matter.

**Rules 26(a)(1)(B):** Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

**Response:** Defendants herein are not in possession of any documents relative to this incident at this time.

**Rule 26(a)(1)(C):** Provide a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response:** Not applicable.

**Rule 26(a)(1)(D):** Provide for inspection and copying under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered into the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:** Insurance coverage in this matter is afforded to Defendants The Macerich Company, Macerich Management Company and Macerich Property Management Company, LLC by Federal Insurance Company, in the amount of $1,000,000, under policy number 35843703, with effective dates of April 25, 2007 through April 25, 2008.

Dated:   White Plains, New York
         August 21, 2008

        EUSTACE & MARQUEZ
        Attorney for Defendant,
        **THE MACERICH COMPANY, MACERICH MANAGEMENT COMPANY AND MACERICH PROPERTY MANAGEMENT COMPANY, LLC**
        1311 Mamaroneck Avenue
        3rd Floor
        White Plains, New York   10605
        (914) 989-6650

By: _____
    Diane C. Miceli - 2625

TO:

Lynn Law Firm, LLP
Walter F. Benson, Esq.
Attorneys for Plaintiff, Kennie Correa
802 M&T Bank Building
101 S. Salina Street
Syracuse, New York   13202

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNIE CORREA,

                Plaintiff

   against

THE MACERICH COMPANY, MACERICH MANAGEMENT COMPANY AND MACERICH PROPERTY MANAGEMENT COMPANY, LLC,

                Defendants

---

### DEFENDANTS' RULE 26 DISCLOSURE STATEMENT

---

EUSTACE & MARQUEZ
Attorneys for Defendants
**The Macerich Company, Macerich Management Company and Macerich Property Management Company, LLC**
Office and Post Office Address
1311 Mamaroneck Avenue
3rd Floor
White Plains, New York 10605
(914) 989-6650