UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    Index No.:  08cv5410
KENNIE CORREA,                           (JGK)

                     Plaintiff

       v.                                AFFIDAVIT OF SERVICE

THE MACERICH COMPANY, MACERICH MANAGEMENT
COMPANY AND MACERICH PROPERTY MANAGEMENT
COMPANY, LLC,

                    Defendants
------------------------------------x

STATE OF NEW YORK        )
                         ss.
COUNTY OF WESTCHESTER    )

Linda McKeiver, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and not a party to this action.

2. That on August 21, 2008, I served upon:

Lynn Law Firm, LLP
Walter F. Benson, Esq.
Attorneys for Plaintiff, Kennie Correa
802 M&T Bank Building
101 S. Salina Street
Syracuse, New York  13202

a true copy of the annexed **DEFENDANTS' RULE 26 DISCLOSURE STATEMENT** by depositing it endorsed in a postpaid properly addressed wrapper, in a post office or, official depository under the exclusive care and custody of the United States Postal Service within the State of New York, at the address designated

by him or her upon the last paper served by him or her in the action.

DATED:   August 21, 2008
         White Plains, New York

_____
Linda McKeiver

Sworn and subscribed
before me on August 21, 2008

ARLENE M. KELLY
Notary Public, State of New York
No. 01KE6060690
Qualified in Rockland County
Commission Expires 9/10/10