USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNIE CORREA,

                Plaintiff,      08 Civ. 5410 (JGK)

    - against -                ORDER

THE MACERICH COMPANY, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to notify the Court by letter as to the status of the case by **September 5, 2008**.

SO ORDERED.

Dated:    New York, New York
           August 25, 2006

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                    United States District Judge